771 A.2d 407

**Tafari Nakkia McPHERSON**

**v.**

**STATE of Maryland.**

**No. 113 Sept. Term, 2000.**

Court of Appeals of Maryland.

May 4, 2001.

Nancy S. Forster, Asst. Public Defender (Stephen E. Harris, Public Defender, on brief), Baltimore, for petitioner.

Leigh S. Halstad, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen. of MD, on brief), Baltimore, for respondent.

Argued before BELL, C.J., ELDRIDGE, RAKER, WILNER, CATHELL, HARRELL, and BATTAGLIA, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 4th day of May, 2001,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.